RONALD A. LANDRY

VERSUS

CASEY A. LANDRY

NO. 23-C-556

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

Linda Wiseman
First Deputy Clerk

January 09, 2024

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
John J. Molaison, Jr., and Scott U. Schlegel

**<u>DENIED WITH REASONS</u>**

**FHW**
**JJM**
**SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**WICKER, J.**

Relator, Casey Landry, seeks reconsideration of this Court's January 5, 2024 ruling, dismissing her writ application as untimely. Uniform Rules-Courts of Appeal, Rule (URCA) 2-18.7 provides as follows:

2-18.7. When Rehearing Will Be Considered
   An application for rehearing will be considered in cases where the court has:
   (A) Granted a writ application on the merits;
   (B) Dismissed an appeal; or
   (C) Ruled on the merits of an appeal.

Because relator's writ application was dismissed, not granted, we find that she is not entitled to a rehearing.

However, because relator contends that her writ application was untimely due to issues caused by this Court's e-filing system, "through no fault of her own," we point out that the e-filing system was working properly on December 4, 2023, as several pleadings and other documents were successfully e-filed in other cases without issue.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/09/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-556**

**E-NOTIFIED**
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Shaye R. Lirette (Relator)
Jack L. Dveirin (Respondent)

**MAILED**